**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                    No. 4:09CR00307 JLH

THOMAS DAY                                                   DEFENDANT

**ORDER**

Without objection, Thomas Day's motion for early termination of probation is GRANTED.

Document #12.  Thomas Day's probation is hereby terminated.

IT IS SO ORDERED this 29th day of February, 2012.

_J. Leon Holmes_

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE